PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leroy Glen Jackson                      Cr.: 02:06-CR-0004-JLL

Name of Sentencing Judicial Officer: Honorable James H. Hancock, USDJ, Northern District of Alabama
Current Judicial Officer: Honorable Jose L. Linares, United States District Judge, District of New Jersey

Date of Original Sentence: 10/31/91
**Violation of Supervised Release**: 02/27/08

Original Offense: Counts 1&2- Assaulting a Federal Officer and Use of a Dangerous Weapon, 18 U.S.C. § 111 (a)(1) and (b); Count 3-Assaulting a Federal Officer, 18 U.S.C. § 111 (a)(1); Count 5- Malicious Mischief, 18 U.S.C. § 1361

Original Sentence: 70 months imprisonment on counts one and five; 36 months imprisonment on counts two and three, all to run concurrently to one another and consecutively to any other federal prison term beign served; three years supervised release on a all counts, concurrently.

**Violation of Supervised Release**: The defendant shall be confined to his residence for the remaining term of supervised release with electronic monitoring.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 05/10/05

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

                     On February 29, 2008, the offender tested positive for cocaine via instant testing procedures. The specimen was forwarded to Kroll Laboratory for testing procedures under C00799684 and proved positive for cocaine.

                     On March 3, 2008, the offender tested positive for marijuana usage via instant testing procedures. The specimen was forwarded to Kroll Laboratory under C00799755 and proved positive for marijuana. The offender also signed an admission form this date regarding marijuana and cocaine usage.

                     On March 7, 2008, the offender tested positive for marijuana and cocaine via instant testing procedures. The offender signed an admission form to which he indicated he utilized marijuana and cocaine on March 3, 2008.

U.S. Probation Officer Action:

Mr. Jackson was released from custody on February 27, 2008, following his detention on a violation of supervised release. On February 29, 2008, Jackson tested positive for cocaine and admitted to marijuana and cocaine usage. On March 1, 2008, the offender sought assistance for his drug problem at the Lourdes Hospital emergency room ; however, he was not admitted to the hospital. Jackson was referred for out-patient counseling.

Jackson is simultaneously serving a term of New Jersey State Parole. His parole officer was consulted regarding the positive urine specimens and on March 13, 2008, parole placed the offender in an in-patient treatment facility, specifically Kintock Group, Bridgeton, New Jersey. The estimated length of stay is 90 to 120 days.

The offender's most recent acts of non-compliance are limited to substance abuse. The probation officer posits the in-patient facility will address this substance abuse problem. Upon release, the offender will continue to be monitored closely for drug use and will be placed on home confinement as originally ordered by the Court on February 27, 2008.

Respectfully submitted,

By: Sharon A. O'Brien
Senior U.S. Probation Officer
Date: 04/27/08

*The Courts endorsement of this petition will serve as written reprimand to the offender.*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date