# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | | |
| | : | |
| LEROY JACKSON | | |
| | : | CRIM NO. 06cr14(JLL) |
| Defendant | | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 11th day of July, 2008

ORDERED that Richard Coughlin, Federal Public Defender (Maggie Moy, AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this matter until further order of the Court.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender