IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

      v.

LEROY JACKSON

Case No. 06cr14(JLL)

## ORDER AMENDING CONDITIONS OF RELEASE

THIS MATTER having come before the Court by way of hearing on July 15, 2008 to consider a third-party custodian; and the Court noting the following appearances: Matthew Skahill, Assistant United States Attorney, and Maggie Moy, Assistant Federal Public Defender; and for good cause shown:

IT IS ORDERED this 15th day of July 2008 that the Order Setting Conditions of Release dated July 11, 2008 is hereby amended as follows:

1. Paragraph 6 is hereby amended to add Gale Jackson as a third-party custodian, who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: Gale Jackson    Dated: 7-15-2008
         Custodian

Address: 1733 South 4th Street, Camden NJ 08104

2.   All other conditions of release set forth in the Order Setting Conditions of Release dated July 11, 2008 shall remain in effect and are hereby incorporated herein.

ANN MARIE DONIO
United States Magistrate Judge

cc:   United States Probation Office