PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Leroy Glen Jackson                                  Cr.: 02:06-CR-0014-JLL

Name of Sentencing Judicial Officer: Honorable James H. Hancock, USDJ, Northern District of Alabama
Current Judicial Officer: Honorable Jose L. Linares, United States District Judge, District of New Jersey

Date of Original Sentence: 10/31/91
**Violation of Supervised Release**: 02/27/08
**Violation of Supervised Release:** 07/30/08

Original Offense: Counts 1&2- Assaulting a Federal Officer and Use of a Dangerous Weapon, 18 U.S.C. §
111 (a)(1) and (b); Count 3-Assaulting a Federal Officer, 18 U.S.C. § 111 (a)(1); Count 5- Malicious
Mischief, 18 U.S.C. § 1361

Original Sentence: 70 months imprisonment on counts one and five; 36 months imprisonment on counts two
and three, all to run concurrently to one another and consecutively to any other federal prison term being
served; three years supervised release on a all counts, concurrently.

**Violation of Supervised Release**: 02/27/08-The defendant shall be confined to his residence for the
remaining term of supervised release with electronic monitoring; 07/30/08- 8 months custody, 12 months
supervised release.

Type of Supervision: Supervised Release                        Date Supervision Commenced: 03/05/09

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1    The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender has been enrolled in a random urine monitoring program identified as Code A Phone. On May 19, 2009, the offender failed to appear for his urine as directed by the telephone prompt. On May 22, 2009, Jackson was directed to report to the probation office to submit the missed urine; however, he failed to do so. He reported as directed on May 27, 2009, and his urine specimen was negative. On June 2, 2009, the offender again failed to report for his urine as directed. He reported to the probation office on June 3, 2009, and submitted a urine which provided a presumptive positive for cocaine. The offender admitted to cocaine usage, as well as use of ecstasy and marijuana the previous date. The specimen was forwarded to Kroll Laboratory for testing under C01012385, and on June 10, 2009 was confirmed positive for cocaine. A urine specimen obtained on June 8, 2009, was negative for drug usage via instant testing procedures.

U.S. Probation Officer Action:

Mr. Jackson was released from custody on March 5, 2009, after serving an eight-month sentence of imprisonment on a prior violation of supervised release. He tested positive for cocaine within days of his release and the Court was notified via petition dated March 13, 2009. Subsequently, Jackson was enrolled in an intensive out-patient treatment program for 90 days, which has been attending as directed. He attributes his most recent cocaine use to unresolved mental health issues he needs to purse through a mental health evaluation. Jackson has been referred for services and will need to follow through with mental health counseling on his own accord to be monitored by the probation office. Should the offender utilize cocaine again, the probation office will request a violation of supervised release hearing with a recommendation for incarceration.

Respectfully submitted,

By:  Sharon A. O'Brien
     Senior U.S. Probation Officer
Date:  06/16/09

*The Courts endorsement of this petition will serve as written reprimand to the offender.*

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[  ] Other

Signature of Judicial Officer

6/22/09
Date