# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Leroy Jackson            Cr.: 02:06-CR-0004-JLL

Name of Original Judicial Officer: Honorable James H. Hancock, USDJ, Northern District of Alabama
Current Judicial Officer: Honorable Jose L. Linares, USDJ, District of New Jersey

Date of Original Sentence: 10/30/91
Date of Jurisdiction Transfer: 01/23/06

Original Offense: Counts 1 and 2 - Assaulting a Federal Officer and Use of Dangerous Weapon; Count 3 - Assaulting a Federal Officer; Count 5 - Malicious Mischief

Original Sentence: 70 months imprisonment on counts one and five; 36 months imprisonment on counts two and three, all to run concurrently to one another and consecutively to any other federal prison term being served; 3 years supervised release on all counts, concurrent. **Violation of Supervised Release-** July 30, 2008- 8 months custody; 12 months supervised release.

Type of Supervision: Supervised Release            Date Supervision Commenced: 03/05/09

Assistant U.S. Attorney: to be assigned            Defense Attorney: to be assigned

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 9, 2009, the offender tested positive for cocaine via instant testing procedures. The specimen was forwarded to Kroll Laboratory for testing procedures under C01012385 and proved positive for cocaine. The Court was previously notified of this result. |
| | On June 3, 2009, the offender tested positive for cocaine usage via instant testing procedures. The specimen was forwarded to Kroll Laboratory under C01071093 and proved positive for cocaine. The Court was previously notified of this result. |
| | On July 14, 2009, the offender was visited within the community of Camden, NJ. He indicated he was visiting a friend at the Senior Citizen Apartment Complex on Ferry Street. The probation officer met the offender in the vicinity of the complex. He appeared to be under the influence of alcohol and it was approximately 2:30 p.m.. The offender denied such and was transported to the probation office where he submitted to two Breathalyzer tests. The Blood Alcohol Content (BAC) reading was .058 at 3:30 pm and .063 at 3:35 p.m.. |

On July 28, 2009, the offender tested positive for cocaine usage via instant testing procedures. The specimen was forwarded to Kroll Laboratory under C01071086, and proved positive for cocaine.

On August 3, 2009, the offender submitted a urine sample which tested positive for cocaine via instant testing procedures. The specimen was forwarded to Kroll Laboratory for testing procedures under C01071088 and the results noted "positive" but "invalid" as the "specific gravity" was "too high," for the urine to be validated. This type of reading suggests the offender tampered with the specimen by either ingesting a product to reduce the chance of a positive laboratory result or through some other manner.

I declare under penalty of perjury that the foregoing is true and correct.

By: Sharon O'Brien
Senior U.S. Probation Officer
Date: 08/17/09

THE COURT ORDERS:

[✓] The Issuance of a Summons.  Date of Hearing: 9/24/09 at 10:00 am
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/25/09
Date